# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 3:35 pm, Mar 07, 2017

UNITED STATES OF AMERICA      )
                                      )    CV 616-161
            v.                      )    CR 615-001
                                        )
JANARIO SMOKES                )

## ORDER

After an independent and de novo review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

So ORDERED, this ____ day of March, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA